

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-17-00415-CR

Travis Addison **CONSEVAGE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0308W
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED November 1, 2017.

Luz Elena D. Chapa, Justice